# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0471.  DERRICK BARRON v. THE STATE.**

After a jury trial, Derrick Barron was convicted of burglary. In an unpublished opinion, this Court affirmed Barron's conviction but vacated his sentence and remanded the case for resentencing to perfect the record on appeal on the issue of whether Barron could be sentenced as a recidivist.  See *Barron v. State*, Case No. A14A1070 (decided September 10, 2014).  After the resentencing, Barron filed a motion for out-of-time appeal.  On April 2, 2019, the trial court denied the motion, and on May 2, 2019, Barron filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010); *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999).  Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j).  Barron shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/23/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen                  *, Clerk.*